IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. _____ |
| v. | : | DATE FILED: _____ |
| IONUT IAMANDITA<br>  a/k/a "Ionu Chiciu,"<br>  a/k/a "Iona Chiciu,"<br>MILENA IAMANDITA<br>MARIUS IORDACHE,<br>  a/k/a "Marius Serdaru" | :<br><br>:<br><br>: | VIOLATIONS:<br>18 U.S.C. § 1349 (conspiracy to commit bank fraud – 1 count)<br>18 U.S.C. § 1028A (aggravated identity theft – 1 count)<br>Notice of forfeiture |

**INFORMATION**

**COUNT ONE**

**THE UNITED STATES ATTORNEY CHARGES THAT:**

At all times material to this information:

1. The Citadel Credit Union ("CCU") was a credit union whose accounts were insured by the National Credit Union Administration.

2. CCU was headquartered in Exton, Pennsylvania, and had branches in Bucks County, Chester County, Delaware County, Lancaster County, and Montgomery County, Pennsylvania, all within the Eastern District of Pennsylvania.

3. CCU had automated teller machines ("ATMs") at multiple locations throughout the Eastern District of Pennsylvania. ATMs allowed customers to withdraw cash from their accounts using cards issued by their financial institution ("Bank Cards") along with corresponding personal identification numbers ("PINs").

4. "Skimming Devices" were equipment that records the information contained on Bank Cards each time bank customers inserted their cards into the ATM. That information included cardholder data.

## THE SCHEME TO DEFRAUD

5. From on or about December 9, 2022 through on or about January 19, 2023, within the Eastern District of Pennsylvania and elsewhere, defendants

**IONUT IAMANDITA,**
a/k/a "Ionu Chiciu,"
a/k/a "Iona Chiciu,"
**MILENA IAMANDITA, and**
**MARIUS IORDACHE,**
a/k/a "Marius Serdaru,"

together with others known and unknown to the United States Attorney, conspired and agreed to commit bank fraud, in violation of Title 18, United States code, Section 1344.

## MANNER AND MEANS

It was part of the conspiracy that:

6. Defendants IONUT IAMANDITA, MILENA IMANDITA, and MARIUS IORDACHE, together with others known and unknown to the United States Attorney, participated in a fraud syndicate that used Skimming Devices to steal CCU customers' account information and withdraw funds from CCU ATMs and other ATMs using the stolen account information.

7. Defendant MARIUS IORDACHE and others surreptitiously placed, repaired, and removed, or assisted in placing, repairing, or removing Skimming Devices and covert video recorders on certain CCU ATMs. The Skimming Devices captured information associated with CCU members' Bank Cards and the covert video recorders captured CCU

members' PINs.  The Skimming Devices were placed, repaired, and removed, on, among others, the following occasions:

|   | Location | Date | Time (approx.) | Defendant(s) Present |
|---|---|---|---|---|
| a | 1246 Cornerstone Boulevard, Downingtown, PA | December 9, 2022 | 7:26 a.m. EST | MARIUS IORDACHE |
| b | 40 North Bailey Road, Thorndale, PA | December 9, 2022 | 7:38 a.m. EST | MARIUS IORDACHE |
| c | 40 North Bailey Road, Thorndale, PA | December 10, 2022 | 12:03 a.m. EST | MARIUS IORDACHE |
| d | 901 Baltimore Pike, Glen Mills, PA | December 11, 2022 | 8:52 p.m. EST | MARIUS IORDACHE |
| e | 40 North Bailey Road, Thorndale, PA | December 14, 2022 | 8:36 p.m. EST | MARIUS IORDACHE |
| f | 40 North Bailey Road, Thorndale, PA | December 17, 2022 | 11:05 p.m. EST | MARIUS IORDACHE |
| g | 40 North Bailey Road, Thorndale, PA | December 18, 2022 | 9:01 p.m. EST | MARIUS IORDACHE |
| h | 40 North Bailey Road, Thorndale, PA | December 28, 2022 | 10:44 p.m. EST | MARIUS IORDACHE |
| i | 901 Baltimore Pike, Glen Mills, PA | December 28, 2022 | 11:14 p.m. EST | MARIUS IORDACHE |
| j | 105 Commons Drive, Oxford, PA | January 4, 2023 | 9:25 p.m. EST | MARIUS IORDACHE |
| k | 842 East Baltimore Pike, Kennett Square, PA | January 4, 2023 | 9:48 p.m. EST | MARIUS IORDACHE |
| l | 1246 Cornerstone Boulevard, Downingtown, PA | January 4, 2023 | 10:29 p.m. EST | MARIUS IORDACHE |
| m | 1246 Cornerstone Boulevard, Downingtown, PA | January 5, 2023 | 9:14 p.m. EST | MARIUS IORDACHE |
| n | 842 East Baltimore Pike, Kennett Square, PA | January 5, 2023 | 9:50 p.m. EST | MARIUS IORDACHE |

|   | Location | Date | Time (approx.) | Defendant(s) Present |
|---|---|---|---|---|
| o | 105 Commons Drive, Oxford, PA | January 6, 2023 | 7:24 p.m. EST | MARIUS IORDACHE |
| p | 842 East Baltimore Pike, Kennett Square, PA | January 6, 2023 | 8:06 p.m. EST | MARIUS IORDACHE |
| q | 842 East Baltimore Pike, Kennett Square, PA | January 7, 2023 | 7:41 p.m. EST | MARIUS IORDACHE |
| r | 105 Commons Drive, Oxford, PA | January 7, 2023 | 8:10 p.m. EST | MARIUS IORDACHE |

8.      From on or about January 14, 2023, through on or about January 19, 2023, defendants IONUT IAMANDITA, MILENA IAMANDITA, MARIUS IORDACHE, and others used plastic cards with the encoded stolen information, which functioned as cloned Bank Cards, to make unauthorized cash withdrawals at CCU ATMs and other ATMs from the bank accounts that corresponded to the account information encoded on the card.  Withdrawals were made on, among others, the following occasions:

|   | Location | Date | Time (approx.) | Defendant(s) Present |
|---|---|---|---|---|
| a | 4051 West Lincoln Hwy Parkesburg PA | January 14, 2023 | 2:15 p.m. – 2:15 p.m. EST | MARIUS IORDACHE |
| b | 901 Baltimore Pike, Glen Mills, PA | January 14, 2023 | 2:24 p.m. – 2:42 p.m. EST | IONUT IAMANDITA and MILENA IAMANDITA |
| c | 40 North Bailey Road, Thorndale, PA | January 14, 2023 | 2:49 p.m. – 2:52 p.m. EST | MARIUS IORDACHE |
| d | 4923 Edgemont Ave, Brookhaven, PA | January 14, 2023 | 3:07 p.m. EST | IONUT IAMANDITA and MILENA IAMANDITA |
| e | 2560 West Ridge Pike, West Norriton, PA | January 14, 2023 | 4:50 p.m. – 5:01 p.m. EST | IONUT IAMANDITA |
| f | 75 W Germantown Pike, East Norriton, PA | January 14, 2023 | 5:13 p.m. – 5:35 p.m. EST | IONUT IAMANDITA |
| g | 255 Harleysville Pike, Harleysville PA | January 14, 2023 | 7:30 p.m. – 7:54 p.m. EST | IONUT IAMANDITA |

|   | Location | Date | Time (approx.) | Defendant(s) Present |
|---|---|---|---|---|
| h | 901 Baltimore Pike, Glen Mills, PA | January 14, 2023 | 10:44 p.m. – 10:47 p.m. EST | IONUT IAMANDITA |
| i | 901 Baltimore Pike, Glen Mills, PA | January 15, 2023 | 6:50 a.m. – 6:58 a.m. EST | IONUT IAMANDITA |
| j | 943 Sproul Road, Springfield, PA | January 15, 2023 | 8:16 a.m. EST | IONUT IAMANDITA and MILENA IAMANDITA |
| k | 4051 West Lincoln Highway, Parkesburg, PA | January 16, 2023 | 7:48 a.m. EST | IONUT IAMANDITA |
| l | Target, 201 Sunrise Boulevard, Exton, PA | January 16, 2023 | 11:27 a.m. – 11:31 a.m. EST | MILENA IAMANDITA |

All in violation of Title 18, United States Code, Section 1349.

## COUNT TWO

**THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:**

On or about January 14, 2023, in the Eastern District of Pennsylvania, defendant

**MARIUS IORDACHE,**
**a/k/a "Marius Serdaru"**

knowingly and without lawful authority, possessed and used a means of identification of another person, C.K., that is, a CCU Bank Card ending with digits 6958 and PIN, during and in relation to bank fraud, a felony violation of Title 18, United States Code, Section1 1344, as charged in Count One, knowing that the means of identification belonged to a customer of CCU.

In violation of Title 18, United States Code, Section 1028A(a)(1), (c)(5).

## NOTICE OF FORFEITURE

**THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:**

      1.      As a result of the violation of Title 18, United States Code, Section 1349, set forth in this information, defendants

**IONUT IAMANDITA,**
a/k/a "Ionu Chiciu,"
a/k/a "Iona Chiciu,"
**MILENA IAMANDITA, and**
**MARIUS IORDACHE,**
a/k/a "Marius Serdaru"

shall forfeit to the United States of America any property that constitutes, or is derived from, proceeds traceable to the commission of such violations including, but not limited to, the sum of $938,887.

      2.      If any of the property subject to forfeiture, as a result of any act or omission of the defendants:

    (1)    cannot be located upon the exercise of due diligence;

    (2)    has been transferred or sold to, or deposited with, a third party;

    (3)    has been placed beyond the jurisdiction of the Court;

    (4)    has been substantially diminished in value; or

    (5)    has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 982(b), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property subject to forfeiture.

All pursuant to Title 18, United States Code, Section 982.

_____
**JACQUELINE C. ROMERO**
**UNITED STATES ATTORNEY**

*Criminal No.*

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

IONUT IAMANDITA a/k/a "Ionu Chiciu, a/k/a Iona Chiciu"
MILENA IAMANDITA AND MARIUS IORDACHE
a/k/a "Marius Serdaru"

INFORMATION
Counts

18 U.S.C. § 1349 (conspiracy to commit bank fraud - 1 count)
18 U.S.C. § 1028A (aggravated identity theft - 1 count)
Notice of forfeiture

A true bill.

_____
Foreperson

Filed in open court this _____ day,
of _____ A.D. 20 _____

_____
Foreperson

Bail, $ _____